ELAINE M. TORELLO *v.* MUTUAL OF
OMAHA INSURANCE COMPANY
(10614)

FOTI, LANDAU and FREEDMAN, Js.
Argued March 27—decision released April 14, 1992

*William J. Nulsen,* with whom, on the brief, was *James F. Cirillo, Jr.,* for the appellant (plaintiff).

*Deborah L. Bradley,* with whom, on the brief, was *John W. Lemega,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.

DONALD E. BRYANT, JR. *v.* HELEN V. BRYANT
(10289)

O'CONNELL, NORCOTT and HEIMAN, Js.
Argued March 30—decision released April 14, 1992

*Donald E. Bryant, Jr.,* pro se, the appellant (plaintiff).

*Theodore L. Freedman,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.